RALPH LIGHTNER, PETITIONER-RESPONDENT, v. SAMUEL F. COHN, RESPONDENT-PETITIONER.

See same case below: 76 *N. J. Super.* 461.

*Messrs. Dolan & Dolan* for the petitioner.

*Mr. Leslie S. Kohn* for the respondent.

December 11, 1962.  Denied.

ALFRED G. KIRKPATRICK, PLAINTIFF-PETITIONER, v. MAIN & SOUTH MAPLE REALTY CO., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Vaccaro & Osborne* for the petitioner.

*Messrs. Schneider, Lustbader & Morgan* and *Mr. Robert J. C. McCoid* for the respondents.

December 11, 1962.  Denied.